# United States District Court
## Violation Notice

CVB Location Code: EU-47

**Violation Number:** 3057676
**Officer Name (Print):** WALKER
**Officer No.:** 1156

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

**Date and Time of Offense (mm/dd/yyyy):** 11-25-2015 / 9:00 PM
**Offense Charged:** ☒ CFR ☐ USC ☐ State Code — 32 CFR 1903.7(A)
**Place of Offense:** GBCI LANGLEY VA — VCC PARKING LOT
**Offense Description; Factual Basis for Charge:** REENTERING ONTO AN AGENCY INSTALLATION AFTER BEING ORDERED TO DEPART
HAZMAT ☐

### DEFENDANT INFORMATION
**Last Name:** REBER
**First Name:** KATIE
**M.I.:** R

**Tag No.:** XTA 5812
**State:** VA
**Year:** —
**Make/Model:** HYUNDAI
**PASS:** ☐
**Color:** GRAY

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.

Forfeiture Amount: $105
+ $25 Processing Fee
**PAY THIS AMOUNT →** $130 Total Collateral Due

### YOUR COURT DATE
**Court Address:** 401 Courthouse Square, Alexandria, VA 22314
**Date:** 02/26/2015
**Time:** 09:00 AM

X Defendant Signature: **NOT COMING BACK** — Katie Rae Reber

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on NOV 25, 2014 while exercising my duties as a law enforcement officer in the EASTERN District of VIRGINIA

I OBSERVED KATIE REBER, IDENTIFIED BY VIRGINIA DRIVERS LICENSE # B696606989 ON THE GBCI COMPOUND MCLEAN VIRGINIA. Ms. REBER WAS INSTRUCTED BY OFFICER NINO ON 21 NOVEMBER 2014 NOT TO RETURN TO ANY AGENCY FACILITY. Ms. REBER RETURNED TO THE GBCI COMPOUND ON 25 NOVEMBER 2014. ALL INFORMATION ON THE FRONT OF THIS VIOLATION NOTICE IS INCORPORATED BY REFERENCE HEREIN.

The foregoing statement is based upon:
☒ my personal observation
☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 11/25/2014 — Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____ — U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident